# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DARITH FOSTER, ) | |
| ) | |
| PLAINTIFF, ) | |
| V. ) | CIVIL ACTION NO. 19-CV-1755 |
| ) | |
| U.S. SECURITY ASSOCIATES, INC. D/B/A ) | |
| ALLIED UNIVERSAL SECURITY SERVICES, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Darith Foster and Defendant U.S. Security Associates, Inc., d/b/a/ Allied Universal Security Services, by and through their respective attorneys, and hereby jointly stipulate to the dismissal with prejudice of any and all claims asserted in this action, with each party to bear his or its own fees and costs.

Respectfully submitted this 7th day of July, 2020.

        Probst Law Offices S.C.
        Attorneys for Plaintiff

Dated: July 7, 2020

    *Electronically signed by:* /s/ Imran S. Kurter
        Imran S. Kurter SBN: 1096182

        Martenson, Hasbrouck and Simon LLP
        Attorneys for Defendant

Dated: July 7, 2020

    *Electronically signed by:* /s/ Brendan F. Sullivan
        Brendan F. Sullivan SBN